UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:09-CV-496-H

DESHAWN RUDOLPH                                                                             PETITIONER

V.

LADONNA THOMPSON, et al.                                        RESPONDENTS

**MEMORANDUM OPINION AND ORDER**

Petitioner has filed a petition for writ of habeas corpus. The Magistrate Judge has issued Findings of Fact, Conclusions of Law and a Recommendation that the petition be denied. Plaintiff has not filed objections. Subsequently, the Court has reviewed the recommendations and agrees with them. Consequently, being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Magistrate Judge's recommendations are AFFIRMED and the petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Petitioner is DENIED a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

This is a final order.

cc:    Deshawn Rudolph, *Pro Se*
        Counsel of Record